PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Mack Brinson  **Docket Number:** 96-00303-001
  **PACTS Number:** 14562

**Name of Sentencing Judicial Officer:** HONORABLE Harold A. Ackerman, Senior

**Date of Original Sentence:** 03/17/1997

**Original Offense:** Firearms & Weapons

**Original Sentence:** 75 months imprisonment; 3 years supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:**  09/02/03 to 03/05/04    (State Custody)
  02/24/07 to Present    (Released from State Custody)

**Assistant U.S. Attorney:** Henry Klingeman, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Lorrain S. Gauli-Rufo, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102 (973) 645-6347

---

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | The offender has violated the supervision condition which states 'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'
 | a) The offender reverted to drug use as evidenced by the following positive for morphine drug test results: 02/27/08 (C-00836468 ), 03/04/08 (C-00971842), and 05/20/08 (C-00836468).

PROB 12C - Page 2
Mack Brinson

b) The offender has failed to follow instructions to attend code-a-phone (random urine testing) at Khaleidoscope Health Care in Jersey City, New Jersey. Specifically, the offender failed to report for code-a-phone drug testing on April 9, April 28, May 9, May 19, June 17, and June 18, 2008.

c) As a result of drug use, the offender was referred for drug treatment to Khaleidoscope Health Care. The offender failed to keep treatment appointments on June 3, June 4, June 10, 2008, and thereafter.

2. The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On June 3, 2008, the offender was arrested in Secaucus, New Jersey and charged with theft by unlawful taking. These charges remain pending at the Hudson County Superior Court.

On July 12, 2008, the offender was arrested in Jersey City, New Jersey and charged with receiving stolen property, eluding police and aggravated assault. charges also remain pending at the Hudson County Superior Court.

3 The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

The offender was arrested in Hudson County, New Jersey on two separate occasions, June 3, 2008 and July 12, 2008. The offender failed to notify the probation officer of these arrests.

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas
Senior U.S. Probation Officer
Date: 7/22/08

THE COURT ORDERS:
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Harold A. Ackerman
Signature of Judicial Officer

7/24/08
Date